IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

MARVIN VANCE
(Enter Above the Name of the Plaintiff in this Action)

vs.

3:23 cv 311

Towne properties INC
(Enter above the name of the Defendant in this Action)

MICHAEL J. NEWMAN

If there are additional Defendants, please list them:

Angela SHADE DISTRIT MANAGER Towne Properties, INC

Corporate Towne Properties INC

MAGISTRATE JUDGE SILVAIN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

MARVIN VANCE
Name - Full Name Please - PRINT

6045 N MAIN ST  APT 245
Street Address

DAYTON OHIO 45415
City, State and Zip Code

937 6401252
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

## Statement of claim

From December 2020 till July 2023, I have paid rent on time every month, no late fees. SSI informed me in July that they would be deducting current and pass payments due because of a change. This however effected my payment of rent. So, I used a military benefit that would cover August rent. I risk my life for this County during war and peace! They sent the local manager a promise to pay (legal contract) This process is known by this company,

1. Dayton area of Volunteer of America (VOA Veterans Department)
2. Would send it to their finance department
3. And would mail the check from Columbus Ohio to Dayton
4. The District Manager from Towne Properties INC still gave the order to have me evicted! Only because I had filed a complaint against her.

These are the following complaints.

1. I know the Ohio/ Tenant allows the landlord to raise rent for improvement. The only improvement was for the manager, a new rebuilt office and the lobby. To show incoming tenants to make their eyes think it's a beautiful place. My floor is still having a filthy nasty carpet and no new fresh paint. So, I paid for that.
2. I ask them about 4 months ago could I get out of the contract if the company was not holding up to their end of the contract. (NO) was their answer.
3. I complained that the outside wall retainer needed paint. I also had to tell them that the fence had fallen from the trash can area.
4. She the District Manager claimed that she would meet with me but haven't. She believes that she is better than some people.
5. In remodeling my bathroom, they took away my grab bars from the shower (a real risk factor for falls. SAFETY VIOLATION

Ohio/Tenant laws about threatening tenants by **Retaliation!** **She** knew that the VOA was going to pay that month and she used the Court system to help aid her into braking the law. Now they have always used this company and is still using it NOW.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

FROM December 2020 I sign a contract in good faith with Town Propertys Inc. Under the Tenants/Landlord Civil Rights Law. A landlord can raise your rent for improvement. (After not seeing improvements) I filed a total of 3 complaints to the corperate office Cincinati Ohio. From 2020 December til August 2023 I paid my rent on time and was never late. There were little set back with my SSI, so I had Volunteer of America V.O.A. Veterans Department pay for August They V.O.A had e-mailed the local manager with a promise to pay. Which was a legal contract. I even ask corperate could I brake my contract with them, since they had failed in improving their ability to improve the building other than the managers office and painting the first floor twice with two (2) different colors. Making new tenants to see a complete differant site to improve tenants looking to become new tenants. ignoring my complaints. Them going against the Ohio.gov Tenants Rights. So the district manager retaliated against me for complaining. It took them 2 months to fix my bathroom, and they removed my grab bar making it unsafe for me to get out of the shower. I told the manager and she state

" Grab the grab bar for the toilet

-3-

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _____
   Name - Full Name Please

   ~~Books for Peace~~ ~~and~~ ~~office~~ ~~manager~~
   Address: Street, City, State and Zip Code

2. Angela SHADE
   6540 Center Business PKWY 45459

3. Towne properTies INC
   1055 SAINT Paul Place CinCin OH 45202

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title \_\_\_\_\_ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

# **Relief**

1. To stop this District Manager from retaliating
2. Just leave me alone and I will continue to pay my rent

3. Local Manager to pay 0.00 for following orders
4. Towne Properties INC to 100. To me for letting their district manager do anything she wants.
5. District Manager to pay one (1) month of my rent and 5000. For triggering my PTSD from the military. The fear of a 68-year-old man being homeless. I gave away some of my property because of this so-called eviction. The night terrors began as I witness that this District Manager tried to hurt me.

You can't put a price tag on invisible wounds. To think back, all she wanted to do was to harm me and go on this power trip.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

STOP TOWN PROPERTY FROM RETALIATING AGAINST ME.

TO be left Alone by Town Propets iTs hard TO measure THAT THey (DISTRICT) MANAGER TRIGERED my PTSD FROM THE MILITARY. TO THINK OF A 68 year old TO become homeless

I WANT TO be LEFT ALONE. I will pay ON TIME AS USUAL

LOCAL MANAGER TO pay 000. TO ME
DISTRICT MANAGER TO pay 1 MONTH OF RENT FOR ME AND 5,000. FOR RETALITORY ACTIONS.
CORPORATE TO PAY 100. FOR ALLOWING THEIR MANAGERS TO BRAKE THE LAW

I state under penalty of perjury that the foregoing is true and correct. Executed on this 6 day of OCT, 2023.

_____
Signature of Plaintiff

-4-