UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARVIN VANCE,

    Plaintiff,

vs.

ANGELA SHADE, *et al.*,

    Defendants.

Case No. 3:23-cv-311

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER; AND (2) ORDERING THE PARTIES TO FILE THEIR FED. R. CIV. P. 26(f) REPORT ON OR BEFORE DECEMBER 20, 2023

---

Pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **December 20, 2023**.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant to Rule 16(f) and Rule 37(b)(2)(A). After the parties file their Rule 26(f) report, the Court intends to put on a scheduling order and to formally refer this matter to the United States Magistrate Judge.

**IT IS SO ORDERED.**

  November 17, 2023                        s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

1